UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. Bank National Association,
 as indenture trustee, for the holders of
 the CIM Trust 2017-3, Mortgage-Backed
 Notes, Series 2017-3

        Plaintiff                Civil No. 1:20-cv-00077-LEW

        vs.

Ernest H. Bailey, Jr. and
Wanda M. Bailey

        Defendants

## JUDGMENT OF FORECLOSURE AND SALE

Address: 135 Sandy River Road, Norridgewock, ME
(Property is Vacant)
Mortgage: June 25, 2004, Book: 3336, Page: 49

This matter came before the Court pursuant to the Default entered on June 25, 2020 against each of the named Defendants [ECF 8], Fed.R.Civ. P.55(b), this Court's Procedural Order dated September 11, 2020 [ECF 12], and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine*. (March 2020).

Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 ("U.S. Bank"), was represented by John A. Doonan, Esq. None of the Defendants appeared or

opposed Plaintiff's Motion for Default Judgment of Foreclosure and Sale.

All persons interested, having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment is **GRANTED** as to Count I, Foreclosure and Sale. Count II – Breach of Loan Repayment and Security Agreement, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1.  If the Defendants or their heirs or assigns pay U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 ("U.S. Bank") the amount adjudged due and owing as of September 17, 2020 (attorney's fees and deficiency are waived) ($106,810.03) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Principal Balance | $70,438.21 |
| Interest | $11,451.14 |
| Total Fees | $34.91 |
| Total Advances | $10,618.48 |
| Escrow Advance | $10,232.73 |
| Suspense Balance | $-291.06 |
| Accumulated Late Charges | $134.20 |
| Interest on Advance | $12.91 |
| Attorney Fees & Costs | $4,178.51 |
| **Grand Total** | **$106,810.03** |

2.      If the Defendants or their heirs or assigns do not pay U.S. Bank the amount

adjudged due and owing ($106.810.03) within 90 days of the Judgment, as

that time period is calculated in accordance with 14 M.R.S. § 6322, their

remaining rights to possession of the Norridgewock Property shall terminate,

and U.S. Bank shall conduct a public sale of the Norridgewock Property in

accordance with 14 M.R.S. § 6323, disbursing the proceeds, first to itself in

the amount of ($106.810.03) after deducting the expenses of the sale, with

any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in

accordance with 14 M.R.S. § 6324. U.S. Bank may not seek a deficiency

judgment against the Defendants pursuant to the Plaintiff's waiver of

deficiency in its Motion.

3.      Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a

certification after the appeal period has expired, certifying that the

applicable period has expired without action or that the final judgment has been entered following appeal

4. The amount due and owing is $106.810.03 as of September 17, 2020.

5. The priority of interests is as follows:

- U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 has first priority, in the amount of $106,810.03, pursuant to the subject Note and Mortgage and there are no parties- in-interest other than the Defendants who have second priority.

6. The pre-judgment interest rate is 7.191%, see 14 M.R.S. § 1602-B, and the post- judgment interest rate is 8.59%, see 14 M.R.S. § 1602-C.

7. The following information is included in this judgment pursuant to 14 M.R.S. §2401(3).

PARTIES                COUNSEL

U.S. Bank National Association
As indenture trustee, for the holders
Of the CIM Trust 2017-3, Mortgage-
Backed Notes, Series 2017-3
425 Walnut Street
Cincinnati, OH 45202

John A. Doonan, Esq.
Reneau J. Longoria. Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

Ernest H. Bailey, Jr.
Wanda M. Bailey
11 Dore Street
Skowhegan, ME 04976

Defaulted

a) The docket number of this case is 1:20-cv-00077-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 135 Sandy River Road, Norridgewock, ME 04957 is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 135 Sandy River Road, Norridgewock, ME 04957. The Mortgage was executed by the Defendants, Ernest H. Bailey, Jr. and Wanda M. Bailey, on June 25, 2004. The book and page number of the Mortgage in the Somerset County Registry of Deeds is Book 3336, Page 49.

e) This Judgment shall not create any personal liability on the part of the Defendants, but shall act solely as an in rem judgment against the property, 135 Sandy River Road, Norridgewock, ME 04957.

**SO ORDERED.**

Dated this 10th day of November, 2020.

 /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE